UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SECRETARY OF CDCR,<br><br>　　　　Respondent. | Case No. 5:25-cv-02321-RGK-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated: 9/29/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　United States District Judge